IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

JAMES LETERSKI, )
)
Plaintiff, )
)
vs. ) No. CIV-06-451-W
)
KINGFISHER COUNTY JAIL et al., )
)
Defendants. )

## ORDER

In light of the praecipe for summons submitted by plaintiff James Leterski and file-stamped by the Clerk of the Court on October 24, 2006, and the process receipt and return file-stamped by the Clerk on November 9, 2006, the Court

(1) FINDS under the circumstances that dismissal as suggested by United States Magistrate Judge Doyle W. Argo in his Report and Recommendation issued on October 24, 2006, is not warranted;

(2) DECLINES therefore to adopt the Report and Recommendation;

(3) RE-REFERS this matter to Magistrate Judge Argo for further proceedings;

(4) ADMONISHES Leterski that all deadlines hereinafter set in this matter shall be strictly enforced absent a showing of good cause in writing by him why he cannot comply with a particular deadline; and

(4) further ADMONISHES Leterski

(a) that all future pleadings, papers or motions that he files in this action must comply with the Federal Rules of Civil Procedure[1] and the Rules of the United States

---

[1] Rule 10, F.R.Civ.P., provides that "[e]very pleading[, motion and/or paper] shall contain a caption setting forth the name of the court, the title of the action, the file number, and [the name

District Court for the Western District of Oklahoma;[2]

    (b) that all future pleadings, papers or motions that he files in this matter must bear a caption[3] and under the caption, must reflect the name of the pleading, paper or motion and the relief requested; and

    (c) that any requests that he submits in letter form will not be considered.

ENTERED this 16th day of November, 2006.

                             /s/ Lee R. West
                             LEE R. WEST
                             UNITED STATES DISTRICT JUDGE

---

of the pleading, motion or paper]."

[2] Rule 5.5(a), Rules of the United States District Court for the Western District of Oklahoma, requires that any pleading, motion or paper filed by a party must contain the name and mailing address of the party submitting the pleading, motion or paper.

[3] Leterski is ADVISED that his pleadings, papers or motions must reflect the following caption:

                IN THE UNITED STATES DISTRICT COURT FOR
                   THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES LETERSKI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-06-451-W |
| | ) | |
| KINGFISHER COUNTY JAIL and ELDON DICKSON, | ) | |
| | ) | |
|     Defendants. | ) | |